JS-6

Stephen L. Newton (#57897)
Lenell Topol McCallum (#84024)
NEWTON REMMEL
A Professional Corporation
1451 Grant Road, P.O. Box 1059
Mountain View, CA  94042
Telephone:  (650) 903-0500
Facsimile:  (650) 967-5800
Email:  *snewton@newtonremmel.com*
        *lmccallum@newtonremmel.com*

Attorneys for Defendants
VIGILANT INSURANCE COMPANY and
FEDERAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| ST. PAUL FIRE & MARINE INSURANCE COMPANY, a Minnesota corporation, | ) Case No.:  CV08-04010 GAF (MANx) |
|---|---|
| Plaintiff, | ) [PROPOSED] ORDER FOR DISMISSAL |
| vs. | ) |
| VIGILANT INSURANCE COMPANY, et al., | ) Trial Date:  December 1, 2009 |
| Defendants. | ) |

In the Joint Report dated September 11, 2009, the parties to this action advised the Court that they have executed a Settlement Agreement and Mutual Release.  The parties have also signed a stipulation, filed separately herein, which provides that plaintiff St. Paul Fire & Marine Insurance Company dismisses this action in its entirety, with prejudice, under Federal Rules of Civil Procedure, Rule 41(a)(1), and that each side will bear its own costs.

1  The Court has considered the parties' Joint Report and their Stipulation
2  Re Dismissal and hereby orders that this action be, and hereby is, dismissed with
3  prejudice, with each side to bear its own costs.

5  DATED: September 16, 2009          _____/s/ Gary Feess_____
                                       The Honorable Gary A. Feess
6                                      Judge of the United States District Court